IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Noel Padilla**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 08 C 2271 |
| v. ) | |
| ) | |
| **Deputy Michael Sisco, Sgt. Christopher** ) | |
| **Young, Officer Phillip Murillo, Officer** ) | |
| **John Bailey, Officer Diallo Mingo,** ) | |
| **Officer Johnny Krsanac, Officer Mark** ) | |
| **Tellado, individually, and Cook County,** ) | |
| ) | |
| Defendants. ) | |

## REQUEST FOR REFUND OF FILING FEE

Now Comes, Plaintiff NOEL PADILLA, by and through his attorneys, Ed Fox & Associates, and hereby requests a refund of filing fee for receipt number 2712644. In support of this request, plaintiff states:

1. On April 21, 2008 Plaintiff filed through the undersigned a complaint in Case No. 08 C 2271.

2. When filing the complaint, the undersigned noticed a mistake with the filing and attempted to back out of the transaction to fix the mistake. Such action resulted in a duplicate payment.

3. Receipt number 2712644 was accidently submitted for Plaintiff with no attached complaint.

4. Receipt number 2712675 was properly submitted for Plaintiff with the attached complaint and assigned case number 08 C 2271.

6. Receipt number 2712644 is the duplicate payment.

1

WHEREFORE, the plaintiff Noel Padilla, by and through his attorneys, requests a refund of filing fee.

Dated:   April 22, 2008

By: /s/ Edward M. Fox
Edward M. Fox

ED FOX & ASSOCIATE
Attorneys for Plaintiff
300 West Adams Street, Suite 330
Chicago, Illinois 60606
(312) 345-8877