# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **Noel Padilla**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 2271 |
| v. ) | |
| ) | Judge Grady |
| **Deputy Michael Sisco, Sgt. Christopher** ) | |
| **Young, Officer Phillip Murillo, Officer** ) | Magistrate Judge Valdez |
| **John Bailey, Officer Diallo Mingo,** ) | |
| **Officer Johnny Krsanac, Officer Mark** ) | |
| **Tellado, individually, and Cook County,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: **Michael A. Kuczwara, Jr.**
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3233

PLEASE TAKE NOTICE, that on **July 9, 2008 at 11:00 AM**. I shall appear before Judge Grady in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S AGREED MOTION TO REASSIGN CASE NO. 08 C 2271 TO THE CALENDAR OF JUDGE BUCKLO.**

                                                  /s/   Leslie C. McCoy
                                                   Leslie C. McCoy
                                                   ED FOX & ASSOCIATES.
                                                   300 West Adams, Suite 330
                                                   Chicago, IL 60606
                                                   (312) 345-8877