# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of: Noel Padilla<br>v.<br>Cook County, et al. | Case Number: 08 C 2271 |
| | Judge: Grady |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Deputy Michael Sisco, Sgt. Christopher Young, Officer Phillip Murillo, Officer John Bailey, Officer Diallo Mingo, Officer Johnny Krsanac, Officer Mark Tellado, Cook County

SIGNATURE  /s/ Michael A. Kuczwara Jr. ARDC# 6281924

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP  CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 6281924 | TELEPHONE NUMBER<br>(312) 603-3233 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐     NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒     NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐