IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Noel Padilla**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 C 2271 |
| v. | ) |
| | ) Judge Grady |
| **Deputy Michael Sisco, Sgt. Christopher Young, Officer Phillip Murillo, Officer John Bailey, Officer Diallo Mingo, Officer Johnny Krsanac, Officer Mark Tellado, individually, and Cook County,** | ) Magistrate Judge Valdez |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   **Michael A. Kuczwara, Jr.**
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3233

PLEASE TAKE NOTICE, that on **July 23, 2008 at 9:30 AM**. I shall appear before Judge Bucklo in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S AGREED MOTION TO REASSIGN CASE NO. 08 C 2271 TO THE CALENDAR OF JUDGE BUCKLO.**

                                                       /s/     Leslie C. McCoy
                                                       Leslie C. McCoy
                                                       ED FOX & ASSOCIATES.
                                                       300 West Adams, Suite 330
                                                       Chicago, IL 60606
                                                       (312) 345-8877