# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2271 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Padilla vs. Deputy Michael Sisco, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Agreed motion to reassign case to the calendar of Judge Bucklo is withdrawn and will be refiled before Judge Bucklo. Parties are directed to inform the Courtroom Deputy the status of the motion to reassign case before Judge Bucklo, which is set to be heard on 07/23/08.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|