**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Noel Padilla

                          Plaintiff,

v.                                          Case No.: 1:08−cv−02271
                                            Honorable John F. Grady

Michael Sisco, et al.

                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

         MINUTE entry before the Honorable John F. Grady:Hearing set for 07/23/08 is
stricken. Parties are directed to re−notice motion for reassignment before Judge
Bucklo.Mailed/Telephoned notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.