UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Noel Padilla, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2271 |
| | ) | 07 C 4246 |
| vs. | ) | |
| | ) | Honorable Judge |
| | ) | Elaine Bucklo |
| Deputy Michael Sisco, Sgt. Christopher | ) | |
| Young, Officer Phillip Murillo, Officer | ) | |
| John Bailey, Officer Diallo Mingo, | ) | |
| Officer Johnny Krsanac, Officer Mark Tellado, | ) | |
| Individually, and Cook County, | ) | |
| | ) | |
| Defendants. | ) | |

**PROTECTIVE ORDER**

THIS MATTER COMING ON BEFORE THE HONORABLE JUDGE ELAINE BUCKLO, the parties present and the court fully advised, it is hereby ordered that (1) On or about August 29, 2006, Plaintiff was an inmate at Cook County Department of Corrections and video of the Plaintiff and the secure facility was taken. (2) Plaintiff is permitted to disclose the video and photographs to persons associated with the prosecution of this case (such as plaintiff's counsel, experts and paralegals) but to no other persons; (3) plaintiff may use the video and photographs at trial subject to this Court's evidentiary rulings; (4) at the conclusion of this case, plaintiff shall return all video, photographs, and negatives taken pursuant to this Order, to the defendant's counsel, within 60 days of the termination of the case.

E
 N
  T
   E
    R

_____
U.S. District Judge Elaine Bucklo

Date: _____