## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Noel Padilla, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2271 |
| | ) | 07 C 4246 |
| vs. | ) | |
| | ) | Honorable Judge |
| | ) | Elaine Bucklo |
| Deputy Michael Sisco, Sgt. Christopher | ) | |
| Young, Officer Phillip Murillo, Officer | ) | |
| John Bailey, Officer Diallo Mingo, | ) | |
| Officer Johnny Krsanac, Officer Mark Tellado, | ) | |
| Individually, and Cook County, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO ENTER PROTECTIVE ORDER

NOW COMES the Defendants, Cook County, Deputy Sisco, Sgt. Christopher Young, Officer Phillip Murillo, Officer John Bailey, Officer Diallo Mingo, Officer Johnny Krasnac, and Officer Mark Tellado by their attorney, Richard A. Devine, Cook County State's Attorney, and through his Assistant, Michael A. Kuczwara Jr. and pursuant to Fed. R. Civ. P. 26 (c) and Local Rule 26.2 of the United States District Court for the Northern District of Illinois, move for the entry of a protective order.

In support of this motion, the parties state the following:

1. This is a civil rights action wherein plaintiffs allege that Defendants used excessive force against Plaintiff at the Cook County Department of Corrections.

2. On or about August 29, 2006, Plaintiff was an inmate at Cook County Department of Corrections.

3. The video and photographs of the correctional facility is a secure area. Accordingly, there is a need to guarantee the confidentiality of any video and photographs taken

of the facility and a need for an agreement to restrict the use of video and documents to the litigation at hand.

4. Attached hereto is a copy of the protective order.

WHEREFORE, Defendants, Cook County, Cook County Sheriff Thomas Dart, Deputy Sisco, Sgt. Christopher Young, Officer Phillip Murillo, Officer John Bailey, Officer Diallo Mingo, Officer Johnny Krasnac, and Officer Mark Tellado by their attorney, Richard A. Devine, Cook County State's Attorney, and through his Assistant, Michael A. Kuczwara Jr. respectfully request this Honorable Court grant their motion to enter the attached protective order.

Respectfully submitted,

/s/ Michael A. Kuczwara Jr.
Michael A. Kuczwara Jr.
Attorney for Defendant
500 Richard J. Daley Center
Chicago, IL 60602