UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
**EASTERN DIVISION**

| | | |
|---|---|---|
| Noel Padilla, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2271 |
| | ) | 07 C 4246 |
| vs. | ) | |
| | ) | Honorable Judge |
| | ) | Elaine Bucklo |
| Deputy Michael Sisco, Sgt. Christopher | ) | |
| Young, Officer Phillip Murillo, Officer | ) | |
| John Bailey, Officer Diallo Mingo, | ) | |
| Officer Johnny Krsanac, Officer Mark Tellado, | ) | |
| Individually, and Cook County, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** Ed Fox & Associates
300 West Adams
Suite 330
Chicago, IL 60606

PLEASE TAKE NOTICE that on July 30, 2008, at 9:30 a.m., I shall appear before the Honorable Elaine Bucklo in the courtroom usually occupied by her, Room 1441 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Protective Order.

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By: *S/ Michael A. Kuczwara Jr.*
Michael A. Kuczwara Jr.
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3233

**CERTIFICATE OF SERVICE**

I, Michael A. Kuczwara Jr., Assistant State's Attorney, certify that I served this notice by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on July 22, 2008.

*S/ Michael A. Kuczwara Jr.*
Michael A. Kuczwara Jr.