# United States District Court
# Northern District of Illinois



In the Matter of

Padilla

    v.

Sisco, et al.

Case No. 08 C 2271

Designated Magistrate Judge
Maria Valdez

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **John F. Grady** to be related to **07 C 4246** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Elaine E. Bucklo

Dated: July 22, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Elaine E. Bucklo**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUL 2 3 2008

Finding of Relatedness (Rev. 9/99)