## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Noel Padilla

                      Plaintiff,

v.                                           Case No.: 1:08–cv–02271
                                                        Honorable Elaine E. Bucklo

Michael Sisco, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Motion to reassign case [8] is terminated as moot. Motion to reassign case [11] is terminated as moot. Defendants' motion for protective order [16] is granted. Status hearing held on 7/30/2008 and continued to 11/5/08 at 9:30 a.m. Discovery is extended to 10/31/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.